```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

JOSEPH MCADAMS,                       1:19-cv-17274 (NLH)

       Petitioner,            **MEMORANDUM OPINION & ORDER**

  v.

THE UNITED STATES OF AMERICA,

       Respondent.

**APPEARANCES**:

Samantha C. Fasanello, Assistant United States Attorney
Office of the U.S. Attorney
District of New Jersey
970 Broad Street
Newark, NJ 07102
    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Respondent United States has requested an additional thirty (30) days in which to file an answer or appropriate response to Petitioner Joseph McAdams' motion to correct, vacate, or set aside his federal sentence under 28 U.S.C. § 2255, see ECF No. 4;

    THEREFORE, IT IS on this __27th__ day of November, 2019

    ORDERED that Respondent's request for an extension of time to answer or otherwise respond (ECF No. 4) is granted; and it is finally

    ORDERED that the Clerk of the Court shall serve a copy of

this Order on Petitioner by regular first-class mail.

|  | s/ Noel L. Hillman |
|---|---|
| At Camden, New Jersey | NOEL L. HILLMAN, U.S.D.J. |